DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEROD ETHAN SCHWAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-027 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | DATE: March 28, 2006 |
| | TIME: 9:30 a.m. |
| JEROD ETHAN SCHWAB, | JUDGE: Lawrence K. Karlton |
| Defendants. | |

This matter came on for Status Conference on February 22, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Matthew Stegman appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Jerod Ethan Schwab, whose waiver of appearance is filed with the Court.

Defense counsel has just received discovery in this case and seeks additional time to review it and discuss it with the Defendant. A further status conference date of March 28, 2006 is set. The Trial Confirmation Hearing date of March 14, 2006 and the Jury Trial date of March 28, 2006 are vacated.

Order After Hearing

1    Accordingly, the parties agreed to exclude time from calculation
2 under the Speedy Trial Act for the reasons stated above, pursuant to 18
3 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
4 counsel, from February 22, 2006, up until and including March 28, 2006.
5    Defendant was questioned by the Court, affirmed he understood his
6 rights under the Speedy Trial Act and consented on the record to such
7 an exclusion of time.
8    Good cause appearing therefor,
9    IT IS ORDERED that this matter is continued to March 28, 2006, at
10 9:30 a.m. for Status Conference.
11    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
12 (iv) and Local Code T4, the period from February 22, 2006, up to and
13 including March 28, 2006, is excluded from the time computations
14 required by the Speedy Trial Act due to ongoing preparation of counsel.
15 Dated: March 3, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Order After Hearing                              2