DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEROD ETHAN SCHWAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-027 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | |
| ) | |
| JEROD ETHAN SCHWAB, ) | |
| Defendants. ) | |
| _____ ) | |

     This matter came on for Status Conference on March 28, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Matthew Stegman appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant Jerod Ethan Schwab, whose waiver of appearance is filed with the Court.

     Defense counsel indicated receipt of the discovery on March 28, 2006, and requested additional time to read the discovery and review it with the defendant. The Court accordingly set a further status conference date of April 25, 2006.

     The parties agreed to exclude time from calculation under the

Order After Hearing

1  Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C.
2  §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from
3  March 28, 2006, up until and including April 25, 2006.
4       Good cause appearing therefor,
5       IT IS ORDERED that this matter is continued to April 25, 2006, at
6  9:30 a.m. for Status Conference.
7       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
8  (iv) and Local Code T4, the period from March 28, 2006, up to and
9  including April 25, 2006, is excluded from the time computations
10 required by the Speedy Trial Act due to ongoing preparation of counsel.
11 Dated: April 18, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Order After Hearing                              2