1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JEROD ETHAN SCHWAB

8           IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      ) CASE NO. CR-S-06-027 LKK
                                  )
12           Plaintiff,            )
                                  ) **STIPULATION AND ORDER TO CONTINUE**
13     v.                         ) **STATUS CONFERENCE**
                                  )
14                                ) **Judge:  Lawrence K. Karlton**
   JEROD ETHAN SCHWAB,            ) **Date:   May 16, 2006**
15           Defendants.          ) **Time:   9:30 a.m.**
   _____)

17      Jared Schwab, by and through his counsel, Caro Marks, and the
18 United States of America, by and through its counsel, Matthew Stegman,
19 hereby stipulate to continue the presently scheduled status conference
20 until May 16, 2006.

21      The parties request the continuance in order to allow them to
22 discuss the case and attempt to resolve it.

23      Also, the defense just received the defendant's medical records
24 and needs additional time to review them.

25      The parties agree and stipulate that speedy trial time under
26 Speedy Trial Act, be excluded from the date of the signing of this
27 Order up to and including May 16, 2006, pursuant to 18 U.S.C. §3161
28 Stip/Order

(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: April 21, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
JAROD SCHWAB

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: April 24, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
District Judge