DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEROD ETHAN SCHWAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-027 LKK |
| )  Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | DATE: June 20, 2006 |
| ) | TIME: 9:30 a.m. |
| JEROD ETHAN SCHWAB, ) | JUDGE: Lawrence K. Karlton |
| Defendants. ) | |
| _____ ) | |

     This matter came on for Status Conference on May 16, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Matthew Stegman appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant Jerod Ethan Schwab, whose waiver of appearance is filed with the Court.

     Defense counsel requested additional time to finalize the plea agreement with the government.  A further status conference/Change of Plea date of June 20, 2006 is set.

     Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18

Order After Hearing

U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from May 16, 2006, up until and including June 20, 2006. Good cause appearing therefor,

IT IS ORDERED that this matter is continued to June 20, 2006, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from May 16, 2006, up to and including June 20, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: May 24, 2006

/s/ Lawrence K. Karlton  
LAWRENCE K. KARLTON  
Senior, United States District Judge

Order After Hearing                                2