DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEROD ETHAN SCHWAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JEROD ETHAN SCHWAB,<br>        Defendants.<br>_____ | CASE NO. CR-S-06-027 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: August 29, 2006<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

     This matter came on for Status Conference/Change of Plea on June 20, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Matthew Stegman appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant Jerod Ethan Schwab, whose waiver of appearance is filed with the Court.

     Defense counsel requested additional time to finalize the plea agreement with the government.  A Change of Plea date of August 29, 2006 is set.

     Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18

Order After Hearing

U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from June 20, 2006, up until and including August 29, 2006.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to August 29, 2006, at 9:30 a.m. for a Change of Plea.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from June 20, 2006, up to and including August 29, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: June 26, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                         2