DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEROD ETHAN SCHWAB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-027 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | DATE: September 27, 2006 |
| ) | TIME: 9:30 a.m. |
| JEROD ETHAN SCHWAB, ) | JUDGE: Lawrence K. Karlton |
| Defendants. ) | |
| _____ ) | |

      This matter came on for Status Conference on August 29, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Heiko Coppola appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant Jerod Ethan Schwab, who was present in court and out of custody.

      Defense counsel informed the Court that after negotiations with the government since the last hearing, she believed the matter would settle by change of plea without a plea agreement. Defense counsel request thirty days to review and discuss the consequences of an "open plea" with Mr. Schwab. The government concurred in the request for

Order After Hearing

additional time for this purpose.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from August 29 up until and including September 26, 2006. Good cause appearing therefor,

IT IS ORDERED that this matter is continued to September 26, 2006, at 9:30 a.m. for a Status Conference/Change of Plea.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from August 28, 2006, up to and including August September 26, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: September 6, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                               2