1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JEROD ETHAN SCHWAB

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-06-027 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE** ) **STATUS CONFERENCE** |
| JEROD ETHAN SCHWAB, | ) **Judge:  Lawrence K. Karlton** ) **Date:   October 3, 2006, 2006** |
| Defendants. | ) **Time:   9:30 a.m.** |

Jerod Schwab, by and through his counsel, Caro Marks, and the United States of America, by and through its counsel, Matthew Stegman, hereby stipulate to continue the presently scheduled status conference until October 3, 2006.

The parties request the continuance in order to allow the defense to prepare Mr. Schwab for an "open" guilty plea to the indictment, including final discussion of anticipated sentencing issues.

The parties agree and stipulate that speedy trial time under Speedy Trial Act, be excluded from the date of the signing of this Order up to and including October 3, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Stip/Order

1     Dated: September 22, 2006

2                                Respectfully submitted,

3                                DANIEL J. BRODERICK
                               Acting Federal Defender

4

5                              /s/ Caro Marks
                             _____

6                              CARO MARKS
                             Assistant Federal Defender

7                              Attorney for Defendant
                             JEROD SCHWAB

8

9                              MCGREGOR W. SCOTT
                             United States Attorney

10

11                              /s/ Matthew Stegman
                             _____

12                              MATTHEW STEGMAN
                             Assistant U.S. Attorney

13

14                                **ORDER**

15     **IT IS SO ORDERED.**

16 DATED: September 22, 2006

17

18                              _____
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE

19                              UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28